# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **FREDDIE DEMOND HEARD,** | * |
| Petitioner, | * |
| vs. | * CIVIL ACTION NO. 15-00462-WS-B |
| **CARTER DAVENPORT,** | * |
| Respondent. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's petition be dismissed and that any motion for a Certificate of Appealability or for permission to appeal *in forma pauperis* be **DENIED**.

**DONE** this 7th day of August, 2018.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**