```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
             SOUTHERN DIVISION
```

**FREDDIE DEMOND HEARD,**    \*
                             \*
    **Petitioner,**     \*
                             \*
vs.                          \* CIVIL ACTION NO. 15-00462-WS-B
                             \*
**CARTER DAVENPORT,**        \*
                             \*
    **Respondent.**     \*

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's petition be **DISMISSED** and that any motion for a Certificate of Appealability or for permission to appeal *in forma pauperis* be **DENIED**.

**DONE** this 7th of August, 2018.

                                            **s/WILLIAM H. STEELE**
                                            **UNITED STATES DISTRICT JUDGE**